## BADGLEY ET AL. *v.* HARE, SECRETARY OF STATE OF MICHIGAN, ET AL.

No. 505.   Decided November 21, 1966.

*William T. Gossett* for appellants.

*Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Curtis G. Beck,* Assistant Attorney General, for Hare; *Theodore Sachs* for Scholle et al., appellees.

PER CURIAM.

The motions to dismiss are granted and the appeal is dismissed for want of a substantial federal question.

## BOYDEN *v.* CALIFORNIA.

No. 271, Misc.   Decided November 21, 1966.

Appellant *pro se.*

*Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.